| | | |
|---|---|---|
| JANISIA LANICE KIMBROUGH<br>P.O. BOX 321105<br>FLOWOOD, MS 39232 | BLUEFROG<br>1855 BOWLES AVE<br>FLOVILLA, GA 30216 | DESTINY<br>P.O. BOX 2303<br>COLUMBUS, GA 31902 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | BMG MONEY<br>1221 BRICKELL AVE<br>MIAMI, FL 33131 | EARNIN<br>200 PORTAGE AVE<br>PALO ALTO, CA 94306 |
| ADVANCE AMERICA<br>4237-B LAKELAND DR<br>FLOWOOD, MS 39232 | CASHCENTRAL.COM<br>84 EAST 2400 NORTH<br>LOGAN, UT 84341 | EMPOWER<br>10700 NALL AVE<br>LEAWOOD, KS 66211 |
| ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE, TN 37204 | CONTINENTAL FINANCE CO<br>POB 8099<br>NEWARK, DE 19714 | FINEDAY FUNDS<br>P.O. BOX 457<br>KESHENA, WI 54135 |
| AFFIRM, INC.<br>P.O. BOX 720<br>SAN FRANCISCO, CA 94104 | CONTINENTAL FINANCE COMPANY<br>4550 NEW LINDEN HILL ROAD<br>WILMINGTON, DE 19808 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 |
| ALLSTATE<br>PO BOX 12055<br>ROANOKE, VA 24018 | CREDIT COLL<br>PO BOX 607<br>NORWOOD, MA 02062 | GENESIS FS CARD<br>PO BOX 4499<br>BEAVERTON, OR 97076 |
| ARROW MOUNTAIN FUNDING<br>P.O. BOX 2503<br>KAHNAWAKE, QC | CREDIT COLLECTION SERC<br>725 CANTON ST<br>NORWOOD, MA 02062 | GENESIS FS CARD SERVICES<br>PO BOX 4499<br>BEAVERTON, OR 97076 |
| ASPIRE CREDIT CARD<br>PO BOX 105555<br>ATLANTA, GA 30348 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS, NV 89193 | GLOBAL LENDING<br>5 CONCOURSE PKWY<br>ATLANTA, GA 30328 |
| AVANT/WEBBANK<br>222 N. LASALLE ST<br>CHICAGO, IL 60601 | DELL FINANCIAL SERVICES<br>PO BOX 81607<br>AUSTIN, TX 78708 | HOPE FEDERAL CREDIT UNIO<br>JACKSON MED MALL<br>JACKSON, MS 39213 |

```
INDIGO                           MISSION LANE                     REPUBLIC FINANCE
P.O. BOX 205458                  PO BOX 105286                    3405 OLD BRANDON RD
DALLAS, TX 75320                 ATLANTA, GA 30304                PEARL, MS 39208


INTERNAL REVENUE SERVI           MS TITLE LOAN                    SEZZLE
CENTRALIZED INSOLVENCY           2260 HWY 80 E                    251 1ST AVE
P.O. BOX 7346                    STE B                            MINNEAPOLIS, MN 55401
PHILADELPHIA, PA 19101-7346      PEARL, MS 39208


INTERNAL REVENUE SERVI           NAVIENT                          SPEEDY CASH
C/O US ATTORNEY                  PO BOX 9500                      PO BOX 550
501 EAST COURT ST                WILKES BARRE, PA 18773           CLEVELAND, TN 37364
STE 4.430
JACKSON, MS 39201

KIKOFF LENDING LLC               NELNET                           SPOTLOAN
75 BROADWAY                      PO BOX 82561                     P.O. BOX 927
SAN FRANCISCO, CA 94111          LINCOLN, NE 68501                PALATINE, IL 60078


KWIKCASH, INC.                   POSSIBLE FINANCE                 SST/TABBANK
9150 IRVINE CENTER DR            PO BOX 98686                     4315 PICKETT RD
IRVINE, CA 92618                 LAS VEGAS, NV 89193              SAINT JOSEPH, MO 64503


LENDLY                           PREMIER BANKCARD                 STATEWIDE FCU
3280 N UNIVERSITY AVE            P.O. BOX 2208                    POB 320483
PROVO, UT 84604                  VACAVILLE, CA 95696              FLOWOOD, MS 39232


LENDY, LLC                       PROGRESSIVE LEASING              SUNUPFIN
PO BOX 9035                      256 W DATA DR                    P. O. BOX 4356
DAYTON, OH 45409                 DRAPER, UT 84020                 DEPT # 1557
                                                                  HOUSTON, TX 77210


MEMBERS EXCHANGE                 REFLEX                           SURGE
P.O. BOX 31049                   P.O. BOX 31292                   P.O. BOX 8099
JACKSON, MS 39286-1049           TAMPA, FL 33631                  NEWARK, DE 19714


MILESTONE                        RENESANT BANK                    TAB BANK
P.O. BOX 4499                    9027 HWY 15 N                    901 YAMGTO ROAD
BEAVERTON, OR 97076              ACKERMAN, MS 39735               BOCA RATON, FL 33431
```

```
TOWER LOAN
POB 320001
FLOWOOD, MS 39232



US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001



US DEPT OF EDUCATION
PO BOX 5202
GREENVILLE, TX 75403-5202



US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

VERVE
P.O. BOX 8099
NEWARK, DE 19714



WELLS FARGO
800 WALNUT
DES MOINES, IA 50309
```