# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Janisia Lanice Kimbrough, Debtor          Case No. 25-00982-JAW
                                                    CHAPTER 13

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. That on 04/15/2025, Debtor filed the petition for relief under Chapter 13 in the instant cause.

3. That on or about 11/9/2022, Debtor filed a Chapter 13 proceeding, case number 22-02339, and said case dismissed on 3/3/2025.

4. That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on April 16, 2025, to:

By Electronic CM/ECF Notice:

      Case Trustee

      U.S. Trustee

                                  /s/ Thomas C. Rollins, Jr.
                                  Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JANISIA LANICE KIMBROUGH | CASE NO: 25-00982-JAW<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/16/2025, I did cause a copy of the following documents, described below,

Motion to Extend

Declaration in Support

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-00982-JAW |
| JANISIA LANICE KIMBROUGH | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/16/2025, a copy of the following documents, described below,

Motion to Extend

Declaration in Support

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/16/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00982-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED APR 16 9-23-8 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | ADVANCE AMERICA<br>4237B LAKELAND DR<br>FLOWOOD  MS 39232-9212 |
| ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE  TN 37204-2351 | AFFIRM  INC<br>PO BOX 720<br>SAN FRANCISCO  CA 94104-0720 | ALLSTATE<br>PO BOX 12055<br>ROANOKE  VA 24022-2055 |
| CANADA<br>ARROW MOUNTAIN FUNDING<br>PO BOX 2503<br>KAHNAWAKE  QC | ASPIRE CREDIT CARD<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 | AVANTWEBBANK<br>222 N LASALLE ST<br>CHICAGO  IL 60601-1003 |
| BMG MONEY<br>1221 BRICKELL AVE<br>MIAMI  FL 33131-3224 | BLUEFROG<br>1855 BOWLES AVE<br>FLOVILLA  GA 30216 | CASHCENTRALCOM<br>84 EAST 2400 NORTH<br>LOGAN  UT 84341-2902 |
| (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | EXCLUDE<br>~~(D)(P)CONTINENTAL FINANCE COMPANY~~<br>~~PO BOX 3220~~<br>~~BUFFALO NY 14240-3220~~ | CREDIT COLL<br>PO BOX 607<br>NORWOOD  MA 02062-0607 |
| CREDIT COLLECTION SERC<br>725 CANTON ST<br>NORWOOD  MA 02062-2679 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | DELL FINANCIAL SERVICES<br>PO BOX 81607<br>AUSTIN  TX 78708-1607 |
| DESTINY<br>PO BOX 2303<br>COLUMBUS  GA 31902-2303 | (P)EARNIN<br>ATTN LEGAL<br>391 SAN ANTONIO RD 3RD FL<br>MOUNTAIN VIEW CA 94040-1267 | EMPOWER<br>10700 NALL AVE<br>LEAWOOD  KS 66211-1206 |
| (P)EAGLE LENDING LLC  DBA FINEDAY FUNDS<br>PO BOX 457<br>KESHENA WI 54135-0457 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | GENESIS FS CARD<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 |
| GENESIS FS CARD SERVICES<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 | GLOBAL LENDING<br>5 CONCOURSE PKWY<br>ATLANTA  GA 30328-7104 | HOPE FEDERAL CREDIT UNION<br>JACKSON MED MALL<br>JACKSON  MS 39213 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| INDIGO<br>PO BOX 205458<br>DALLAS   TX 75320-5458 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON   MS 39201-5025 |
| KIKOFF LENDING LLC<br>75 BROADWAY<br>SAN FRANCISCO   CA 94111-1423 | (P)KWIKCASH INC<br>ATTN TODD GETZ<br>28532 AIROSO STREET<br>RANCHO MISSION VIEJO CA 92694-1881 | (P)TOTAL LOAN SERVICES   LLC<br>ATTN JOHN LANGENDERFER<br>205 SUGAR CAMP CIRCLE<br>DAYTON OH 45409-1970 |
| LENDY   LLC<br>PO BOX 9035<br>DAYTON   OH 45409-9035 | MS TITLE LOAN<br>2260 HWY 80 E<br>STE B<br>PEARL   MS 39208-3321 | MEMBERS EXCHANGE<br>PO BOX 31049<br>JACKSON   MS 39286-1049 |
| MILESTONE<br>PO BOX 4499<br>BEAVERTON   OR 97076-4499 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | NAVIENT<br>PO BOX 9500<br>WILKES BARRE   PA 18773-9500 |
| NELNET<br>PO BOX 82561<br>LINCOLN   NE 68501-2561 | (P)POSSIBLE FINANCIAL INC<br>PO BOX 98686<br>LAS VEGAS NV 89193-8686 | PREMIER BANKCARD<br>PO BOX 2208<br>VACAVILLE   CA 95696-8208 |
| PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER   UT 84020-2315 | REFLEX<br>PO BOX 31292<br>TAMPA   FL 33631-3292 | RENESANT BANK<br>9027 HWY 15 N<br>ACKERMAN   MS 39735 |
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | (P)SEZZLE INC<br>BANKRUPTCY DEPARTMENT<br>700 NICOLLET MALL<br>STE 640<br>MINNEAPOLIS MN 55402-2050 | SPEEDY CASH<br>PO BOX 550<br>CLEVELAND   TN 37364-0550 |
| SPOTLOAN<br>PO BOX 927<br>PALATINE   IL 60078-0927 | SSTTABBANK<br>4315 PICKETT RD<br>SAINT JOSEPH   MO 64503-1600 | STATEWIDE FCU<br>POB 320483<br>FLOWOOD   MS 39232-0483 |
| SUNUPFIN<br>P O BOX 4356<br>DEPT   1557<br>HOUSTON   TX 77210-4356 | ~~EXCLUDE~~<br>~~(D)(P)CONTINENTAL FINANCE COMPANY~~<br>~~PO BOX 3220~~<br>~~BUFFALO NY 14240-3220~~ | TAB BANK<br>901 YAMGTO ROAD<br>BOCA RATON   FL 33431-4497 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
(P)TOWER LOAN                  US ATTORNEY GENERAL            US DEPT OF EDUCATION
P O BOX 320001                 US DEPT OF JUSTICE             PO BOX 5202
FLOWOOD MS 39232-0001          950 PENNSYLVANIA AVENW         GREENVILLE  TX 75403-5202
                               WASHINGTON  DC 20530-0001


                               EXCLUDE                        EXCLUDE
US DEPT OF EDUCATION           UNITED STATES TRUSTEE          (D)(P)CONTINENTAL FINANCE COMPANY
CO US ATTORNEY                 501 EAST COURT STREET          PO BOX 3220
501 E COURT ST                 SUITE 6 430                    BUFFALO NY 14240-3220
STE 4430                       JACKSON  MS 39201-5022
JACKSON  MS 39201-5025


                               DEBTOR                         EXCLUDE
WELLS FARGO                    JANISIA LANICE KIMBROUGH       THOMAS CARL ROLLINS JR
800 WALNUT                     PO BOX 321105                  THE ROLLINS LAW FIRM  PLLC
DES MOINES  IA 50309-3891      FLOWOOD  MS 39232-1105         PO BOX 13767
                                                              JACKSON  MS 39236-3767


EXCLUDE
TORRI PARKER MARTIN
TORRI PARKER MARTIN  CHAPTER 13
BANKRUPT
200 NORTH CONGRESS STREET  STE 400
JACKSON  MS 39201-1902
```