# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Janisia Lanice Kimbrough, Debtor                    Case No. 25-00982-JAW
                                                                CHAPTER 13

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on 04/15/2025.

4. I previously filed bankruptcy case number 22-02339 under Chapter 13 on 11/9/2022 and that case was dismissed on 3/3/2025.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

    - Failure to file or amend the petition or other required documents without substantial excuse;
    - failure to provide adequate protection as ordered by the Court; or
    - failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

    I incurred additional tax debt during my last case and am refiling to include and pay that debt. To avoid incurring additional tax debt in the future, I have adjusted my payroll tax withholding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/15/2025                    /s/ Janisia Lanice Kimbrough
                                            Janisia Lanice Kimbrough