**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Janisia Lanice Kimbrough, Debtor         Case No. 25-00982-JAW
                                                                                                    **CHAPTER 13**

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtor has filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Thad Cochran U.S. Courthouse, 501 E. Court Street, Suite 2.300, Jackson, MS 39201, on or before June 16, 2025. Copies of the objection must be served on the Trustee, US Trustee, Debtor, and Attorney for Debtor.

Objections to confirmation will be heard and confirmation determined on June 23, 2025, at 10:00 AM in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, MS 39201, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: April 18, 2025                          /s/ Thomas C. Rollins, Jr.
                                                 *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Janisia Lanice Kimbrough** | |
| | Full Name (First, Middle, Last) | |
| Debtor 2 (Spouse, if filing) | | |
| | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | ☐ Check if this is an amended plan, and list below the sections of the plan that have been changed. |
| Case number: (If known) | | |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance        12/17

### Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

### Part 2: Plan Payments and Length of Plan

**2.1     Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2     Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$468.30**__ (☐ monthly, ☐ semi-monthly, ☑ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

> **General Motors**
> **P.O. Box 62650**
> **Phoenix AZ 85082-0000**

Debtor **Janisia Lanice Kimbrough** Case number _____

Joint Debtor shall pay ____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

_____
_____
_____

**2.3 Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:
_____

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3: Treatment of Secured Claims**

**3.1 Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2 Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Global Lending | $12,232.46 | 2018 Chevrolet Equinox 57000 miles | $11,785.00 | $11,785.00 | 10.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| -NONE- | | | month |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

**Mississippi Chapter 13 Plan** Page 2

Debtor **Janisia Lanice Kimbrough** Case number _____

For vehicles identified in § 3.2: The current mileage is _____

**3.3** **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4** **Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Republic Finance | Household Goods |
| Tower Loan | Household Goods |

*Insert additional claims as needed.*

**Part 4:** **Treatment of Fees and Priority Claims**

**4.1** **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3** **Attorney's fees.**

☑ No look fee: **4,000.00**

Total attorney fee charged: $**4,000.00**

Attorney fee previously paid: $**0.00**

Attorney fee to be paid in plan per confirmation order: $**4,000.00**

☐ Hourly fee: $_____. (Subject to approval of Fee Application.)

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ Internal Revenue Service $**45,107.27** .
☐ Mississippi Dept. of Revenue $**0.00** .
☐ Other _____ $**0.00** _____ .

**4.5** **Domestic support obligations.**

**Mississippi Chapter 13 Plan** Page 3

Debtor  **Janisia Lanice Kimbrough**            Case number _____

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | **Treatment of Nonpriority Unsecured Claims** |
|---|---|

**5.1    Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $
☑ **100.00** % of the total amount of these claims, an estimated payment of $ **48,081.16**
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2    Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☐ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*
☑ The nonpriority unsecured allowed claims listed below are separately classified and will be treated as follows:

| Name of Creditor | Basis for separate classification and treatment | Approximate amount owed | Proposed treatment |
|---|---|---|---|
| **Navient** | **Student Loan** | **$22,517.00** | **To be paid direct pursuant to contract in place with student loan provider.** |
| **Nelnet** | **Student Loan** | **$11,589.00** | **To be paid direct pursuant to contract in place with student loan provider.** |
| **US Dept of Education** | **Student Loan** | **$36,383.00** | **To be paid direct pursuant to contract in place with student loan provider.** |

*Insert additional claims as needed.*

| Part 6: | **Executory Contracts and Unexpired Leases** |
|---|---|

**6.1    The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | **Vesting of Property of the Estate** |
|---|---|

**7.1    Property of the estate will vest in the debtor(s) upon entry of discharge.**

| Part 8: | **Nonstandard Plan Provisions** |
|---|---|

**8.1    Check "None" or List Nonstandard Plan Provisions**
☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

| Part 9: | **Signatures:** |
|---|---|

**9.1    Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X  **/s/ Janisia Lanice Kimbrough**                     X  _____

| | | | |
|---|---|---|---|
| Debtor | **Janisia Lanice Kimbrough** | Case number | |

**Janisia Lanice Kimbrough**  
Signature of Debtor 1

Signature of Debtor 2

Executed on **April 15, 2025**

Executed on

**630 Pinebrook Place**  
Address  
**Brandon MS 39047-0000**  
City, State, and Zip Code

Address

City, State, and Zip Code

Telephone Number

Telephone Number

X  **/s/ Thomas C. Rollins, Jr.**  
**Thomas C. Rollins, Jr. 103469**  
Signature of Attorney for Debtor(s)  
**P.O. Box 13767**  
**Jackson, MS 39236**  
Address, City, State, and Zip Code  
**601-500-5533**  
Telephone Number  
**trollins@therollinsfirm.com**  
Email Address

Date **April 15, 2025**

**103469 MS**  
MS Bar Number

**Mississippi Chapter 13 Plan**  Page 5

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., attorney for the Debtor, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

Global Lending Services LLC
c/o Cogency Global Inc.
248 E Capitol Street, Suite 840
Jackson, MS 39201

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: April 18, 2025                              /s/ Thomas C. Rollins, Jr.
                                                  *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JANISIA LANICE KIMBROUGH | CASE NO: 25-00982-JAW<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/18/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-00982-JAW |
| JANISIA LANICE KIMBROUGH | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/18/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | CASE INFO | ~~EXCLUDE~~ |
|---|---|---|
| GLOBAL LENDING SERVICES LLC<br>CO COGENCY GLOBAL INC<br>248 E CAPITOL ST STE 840<br>JACKSON MS 39201 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00982-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI APR 18 7-45-45 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| ADVANCE AMERICA<br>4237B LAKELAND DR<br>FLOWOOD  MS 39232-9212 | ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE  TN 37204-2351 | AFFIRM  INC<br>PO BOX 720<br>SAN FRANCISCO  CA 94104-0720 |
| ALLSTATE<br>PO BOX 12055<br>ROANOKE  VA 24022-2055 | CANADA<br>ARROW MOUNTAIN FUNDING<br>PO BOX 2503<br>KAHNAWAKE  QC | (P)ASCENDIUM EDUCATION SOLUTIONS INC<br>38 BUTTONWOOD COURT<br>MADISON WI 53718-2156 |
| ASPIRE CREDIT CARD<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 | AVANTWEBBANK<br>222 N LASALLE ST<br>CHICAGO  IL 60601-1003 | BMG MONEY<br>1221 BRICKELL AVE<br>MIAMI  FL 33131-3224 |
| BLUEFROG<br>1855 BOWLES AVE<br>FLOVILLA  GA 30216 | CASHCENTRALCOM<br>84 EAST 2400 NORTH<br>LOGAN  UT 84341-2902 | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| ~~EXCLUDE~~<br>~~(D)(P)CONTINENTAL FINANCE COMPANY~~<br>~~PO BOX 3220~~<br>~~BUFFALO NY 14240-3220~~ | CREDIT COLL<br>PO BOX 607<br>NORWOOD  MA 02062-0607 | CREDIT COLLECTION SERC<br>725 CANTON ST<br>NORWOOD  MA 02062-2679 |
| CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | DELL FINANCIAL SERVICES<br>PO BOX 81607<br>AUSTIN  TX 78708-1607 | DESTINY<br>PO BOX 2303<br>COLUMBUS  GA 31902-2303 |
| (P)EARNIN<br>ATTN LEGAL<br>391 SAN ANTONIO RD 3RD FL<br>MOUNTAIN VIEW CA 94040-1267 | EMPOWER<br>10700 NALL AVE<br>LEAWOOD  KS 66211-1206 | (P)EAGLE LENDING LLC  DBA FINEDAY FUND<br>PO BOX 457<br>KESHENA WI 54135-0457 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | GENESIS FS CARD<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 | GENESIS FS CARD SERVICES<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GLOBAL LENDING<br>5 CONCOURSE PKWY<br>ATLANTA GA 30328-7104 | HOPE FEDERAL CREDIT UNION<br>JACKSON MED MALL<br>JACKSON MS 39213 | INDIGO<br>PO BOX 205458<br>DALLAS TX 75320-5458 |
| INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | KIKOFF LENDING LLC<br>75 BROADWAY<br>SAN FRANCISCO CA 94111-1423 |
| (P)KWIKCASH INC<br>ATTN TODD GETZ<br>28532 AIROSO STREET<br>RANCHO MISSION VIEJO CA 92694-1881 | (P)TOTAL LOAN SERVICES LLC<br>ATTN JOHN LANGENDERFER<br>205 SUGAR CAMP CIRCLE<br>DAYTON OH 45409-1970 | LENDY LLC<br>PO BOX 9035<br>DAYTON OH 45409-9035 |
| MS TITLE LOAN<br>2260 HWY 80 E<br>STE B<br>PEARL MS 39208-3321 | MEMBERS EXCHANGE<br>PO BOX 31049<br>JACKSON MS 39286-1049 | MILESTONE<br>PO BOX 4499<br>BEAVERTON OR 97076-4499 |
| (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | NAVIENT<br>PO BOX 9500<br>WILKES BARRE PA 18773-9500 | NELNET<br>PO BOX 82561<br>LINCOLN NE 68501-2561 |
| (P)POSSIBLE FINANCIAL INC<br>PO BOX 98686<br>LAS VEGAS NV 89193-8686 | PREMIER BANKCARD<br>PO BOX 2208<br>VACAVILLE CA 95696-8208 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER UT 84020-2315 |
| REFLEX<br>PO BOX 31292<br>TAMPA FL 33631-3292 | RENESANT BANK<br>9027 HWY 15 N<br>ACKERMAN MS 39735 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| ~~EXCLUDE~~<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | SCIL INC<br>15 BULL STREET SUITE 200<br>SAVANNAH GA 31401-2686 | (P)SEZZLE INC<br>BANKRUPTCY DEPARTMENT<br>700 NICOLLET MALL<br>STE 640<br>MINNEAPOLIS MN 55402-2050 |
| SPEEDY CASH<br>PO BOX 550<br>CLEVELAND TN 37364-0550 | SPOTLOAN<br>PO BOX 927<br>PALATINE IL 60078-0927 | SSTTABBANK<br>4315 PICKETT RD<br>SAINT JOSEPH MO 64503-1600 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| STATEWIDE FCU<br>POB 320483<br>FLOWOOD  MS 39232-0483 | SUNUPFIN<br>P O BOX 4356<br>DEPT  1557<br>HOUSTON  TX 77210-4356 | ~~EXCLUDE~~<br>~~(D)(P)CONTINENTAL FINANCE COMPANY~~<br>~~PO BOX 3220~~<br>~~BUFFALO NY 14240-3220~~ |
| TAB BANK<br>901 YAMGTO ROAD<br>BOCA RATON  FL 33431-4497 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 |
| US DEPT OF EDUCATION<br>PO BOX 5202<br>GREENVILLE  TX 75403-5202 | US DEPT OF EDUCATION<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| ~~EXCLUDE~~<br>~~(D)(P)CONTINENTAL FINANCE COMPANY~~<br>~~PO BOX 3220~~<br>~~BUFFALO NY 14240-3220~~ | WELLS FARGO<br>800 WALNUT<br>DES MOINES  IA 50309-3891 | DEBTOR<br>JANISIA LANICE KIMBROUGH<br>PO BOX 321105<br>FLOWOOD  MS 39232-1105 |
| THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 | ~~EXCLUDE~~<br>~~TORRI PARKER MARTIN~~<br>~~TORRI PARKER MARTIN  CHAPTER 13~~<br>~~BANKRUPT~~<br>~~200 NORTH CONGRESS STREET  STE 400~~<br>~~JACKSON  MS 39201-1902~~ | |