United States Bankruptcy Court
Southern District of Mississippi

In re:            Case No. 25-00982-JAW
Janisia Lanice Kimbrough            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3       User: mssbad       Page 1 of 1
Date Rcvd: Apr 16, 2025       Form ID: dn007       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janisia Lanice Kimbrough, P.O. Box 321105, Flowood, MS 39232-1105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025       Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Janisia Lanice Kimbrough trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form dn007−prepetcrcounseling (Rev. 11/18)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**                                                                         **Case No.:** 25−00982−JAW

**Chapter:** 13

Janisia Lanice Kimbrough
aka Janisia Kimbrough
P.O. Box 321105
Flowood, MS 39232

**To: Debtor and his attorney**, if any:

## Notice of Missing Document

The Debtor must file the following on or before **April 29, 2025**.

- ☑ Certificate of Credit Counseling.
- ☐ Statement/Certification of Exigent Circumstances.
- ☐ Motion and Proposed Order in support of an exemption or waiver from credit counseling.

Failure to comply with this notice may result in dismissal of your bankruptcy case without further notice or hearing.

Dated: April 16, 2025                                   Danny L. Miller, Clerk of Court
                                                                             Thad Cochran U.S. Courthouse
                                                                             501 E. Court Street
                                                                             Suite 2.300
                                                                             Jackson, MS 39201
                                                                             601−608−4600