Certificate Number: 17082-MSS-DE-039605409

Bankruptcy Case Number: 25-00982



17082-MSS-DE-039605409

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2025, at 6:46 o'clock AM MST, JANISIA KIMBROUGH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   April 29, 2025         By:   /s/Orsolya K Lazar

                               Name:  Orsolya K Lazar

                               Title: Executive Director