United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00982-JAW |
| Janisia Lanice Kimbrough | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 4 |
| Date Rcvd: Jun 17, 2025 | Form ID: n031 | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janisia Lanice Kimbrough, P.O. Box 321105, Flowood, MS 39232-1105 |
| 5498652 | + | Allstate, PO Box 12055, Roanoke, VA 24022-2055 |
| 5498653 | | Arrow Mountain Funding, P.O. Box 2503, Kahnawake, QC |
| 5498656 | | Bluefrog, 1855 Bowles Ave, Flovilla, GA 30216 |
| 5498665 | + | Destiny, P.O. Box 2303, Columbus, GA 31902-2303 |
| 5498667 | + | Empower, 10700 Nall Ave, Leawood, KS 66211-1206 |
| 5498672 | + | Global Lending, 5 Concourse Pkwy, Atlanta, GA 30328-7104 |
| 5498673 | | Hope Federal Credit Union, Jackson Med Mall, Jackson, MS 39213 |
| 5498680 | + | Lendy, LLC, Po Box 9035, Dayton, OH 45409-9035 |
| 5498684 | + | MS Title Loan, 2260 Hwy 80 E, Ste B, Pearl, MS 39208-3321 |
| 5498688 | + | Premier Bankcard, P.O. Box 2208, Vacaville, CA 95696-8208 |
| 5498691 | | Renesant Bank, 9027 Hwy 15 N, Ackerman, MS 39735 |
| 5498695 | + | Spotloan, P.O. Box 927, Palatine, IL 60078-0927 |
| 5498703 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5514315 | | Email/Text: bncmail@w-legal.com | Jun 17 2025 19:32:00 | Advance Financial Administration, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 5499408 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 17 2025 19:31:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 5498649 | + | Email/Text: bnc@teampurpose.com | Jun 17 2025 19:32:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 5498650 | + | Email/Text: bankruptcy@af247.com | Jun 17 2025 19:32:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5498651 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 17 2025 19:41:50 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5498654 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 17 2025 19:31:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 5498655 | + | Email/Text: bk@avant.com | Jun 17 2025 19:32:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 5504510 | + | Email/Text: bankruptcy@bmgmoney.com | Jun 17 2025 19:32:00 | BMG LoansAtWork Inc, 444 Brickell Ave Suite 250, Miami FL 33131-2404 |
| 5498657 | + | Email/Text: bankruptcy@bmgmoney.com | Jun 17 2025 19:32:00 | BMG Money, 1221 Brickell Ave, Miami, FL 33131-3224 |
| 5498659 | | Email/Text: cfcbackoffice@contfinco.com | Jun 17 2025 19:31:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |

| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: n031 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| 5498660 | | Email/Text: cfcbackoffice@contfinco.com | Jun 17 2025 19:31:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 5498699 | | Email/Text: cfcbackoffice@contfinco.com | Jun 17 2025 19:31:00 | Surge, P.O. Box 8099, Newark, DE 19714 |
| 5498705 | | Email/Text: cfcbackoffice@contfinco.com | Jun 17 2025 19:31:00 | Verve, P.O. Box 8099, Newark, DE 19714 |
| 5498658 | + | Email/Text: bkinfo@ccfi.com | Jun 17 2025 19:32:00 | Cashcentral.com, 84 East 2400 North, Logan, UT 84341-2902 |
| 5498661 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 17 2025 19:32:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 5498662 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 17 2025 19:32:00 | Credit Collection Serc, 725 Canton St, Norwood, MA 02062-2679 |
| 5498663 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 17 2025 19:41:53 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5498664 | + | Email/PDF: DellBKNotifications@resurgent.com | Jun 17 2025 19:41:50 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 5498675 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 17 2025 19:31:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5498668 | | Email/Text: disputes@soaren-management.com | Jun 17 2025 19:31:00 | Fineday Funds, P.O. Box 457, Keshena, WI 54135 |
| 5498666 | | Email/Text: cxs-doc-access@earnin.com | Jun 17 2025 19:31:00 | Earnin, 200 Portage Ave, Palo Alto, CA 94306 |
| 5498669 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 17 2025 19:41:56 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5519531 | | Email/Text: bankruptcy@glsllc.com | Jun 17 2025 19:31:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5498670 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2025 19:32:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 5498671 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2025 19:32:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 5498674 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2025 19:32:00 | Indigo, P.O. Box 205458, Dallas, TX 75320-5458 |
| 5498676 | + | Email/Text: ebone.woods@usdoj.gov | Jun 17 2025 19:32:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5498678 | | Email/Text: todd@kwikcashonline.com | Jun 17 2025 19:31:00 | Kwikcash, Inc., 9150 Irvine Center Dr, Irvine, CA 92618 |
| 5498677 | + | Email/Text: bankruptcy@kikoff.com | Jun 17 2025 19:31:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 5501001 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2025 19:41:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5498683 | | Email/Text: ml-ebn@missionlane.com | Jun 17 2025 19:31:00 | Mission Lane, PO Box 105286, Atlanta, GA 30304 |
| 5498681 | | Email/Text: collections@memexcu.com | Jun 17 2025 19:32:00 | Members Exchange, P.O. Box 31049, Jackson, MS 39286-1049 |
| 5498682 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2025 19:32:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5517053 | + | Email/Text: bankruptcy@ncaks.com | Jun 17 2025 19:31:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5498685 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 17 2025 19:41:57 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5498686 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 17 2025 19:32:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5522657 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: n031 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 17 2025 19:41:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5498687 | | Email/Text: bankruptcy@possiblefinance.com | Jun 17 2025 19:31:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 5521207 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 17 2025 19:32:00 | Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 5498689 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 17 2025 19:32:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5500928 | | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2025 19:32:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5511247 | | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2025 19:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5498692 | | Email/Text: bankruptcy@republicfinance.com | Jun 17 2025 19:32:00 | Republic Finance, 3405 Old Brandon Rd, Pearl, MS 39208 |
| 5499559 | | Email/Text: bankruptcy@republicfinance.com | Jun 17 2025 19:32:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5498690 | ^ | MEBN | Jun 17 2025 19:29:35 | Reflex, P.O. Box 31292, Tampa, FL 33631-3292 |
| 5499461 | + | Email/Text: bkinfo@ccfi.com | Jun 17 2025 19:31:00 | SCIL, Inc., 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5498693 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jun 17 2025 19:31:00 | Sezzle, 251 1st Ave, Minneapolis, MN 55401 |
| 5498694 | + | Email/Text: bkinfo@ccfi.com | Jun 17 2025 19:31:00 | Speedy Cash, PO Box 550, Cleveland, TN 37364-0550 |
| 5498696 | ^ | MEBN | Jun 17 2025 19:29:30 | Sst/tabbank, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 5498697 | + | Email/Text: megan.massey@statewidefcu.org | Jun 17 2025 19:32:00 | Statewide FCU, Pob 320483, Flowood, MS 39232-0483 |
| 5498698 | + | Email/Text: bankruptcy@braviant.com | Jun 17 2025 19:31:00 | Sunupfin, P. O. Box 4356, Dept # 1557, Houston, TX 77210-4356 |
| 5498700 | + | Email/Text: compliance@libertyloans.com | Jun 17 2025 19:32:00 | TAB Bank, 901 Yamgto Road, Boca Raton, FL 33431-4497 |
| 5498679 | | Email/Text: BankruptcyNotices@schear.net | Jun 17 2025 19:31:00 | Lendly, 3280 N University Ave, Provo, UT 84604 |
| 5498701 | | Email/Text: bankruptcy@towerloan.com | Jun 17 2025 19:31:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5500640 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 17 2025 19:32:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5498702 | ^ | MEBN | Jun 17 2025 19:29:28 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5498704 | + | Email/Text: ebone.woods@usdoj.gov | Jun 17 2025 19:32:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5514986 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 17 2025 19:31:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |
| 5498706 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 17 2025 19:41:50 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Jun 17, 2025 | Form ID: n031 | Total Noticed: 73 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

**Name**  **Email Address**

Thomas Carl Rollins, Jr
on behalf of Debtor Janisia Lanice Kimbrough trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00982−JAW
**Chapter:** 13

**In re:**

Janisia Lanice Kimbrough
aka Janisia Kimbrough
P.O. Box 321105
Flowood, MS 39232

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on 06/17/2025 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 17, 2025                              Danny L. Miller, Clerk of Court