

November 21, 2025

US Bankruptcy Court
Southern District of Mississippi
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

RE:   Janisia L Kimbrough
        Case #  25-00982
        Claim # 1

Dear Sir or Madam:

On April 17, 2025, Proof of Claim # 1 was filed in the amount of $39,189.41.  Please accept this letter as a formal request to withdraw Proof of Claim # 1.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI  53708-8961
Phone: 800-874-8982
Email:  GA-Bankmail@AscendiumEducation.org

Ascendium Education Solutions, Inc.
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org