**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    JANISIA LANICE KIMBROUGH               CASE NO. 25-00982-JAW

**DEBTOR.**                                                        **CHAPTER 13**

<u>**Notice to File Certificate of Service**</u>

**To:** Ascendium Education Solutions, Inc.

A Certificate of Service (the "Certificate") is required when filing documents through the ECF system. The Certificate must include information indicating how service was accomplished on any party or counsel, and what method of service was utilized. *See* Miss. Bankr. L.R. 9004-1(c).

**You are hereby notified** that a Certificate did not accompany the below document filed on November 21, 2025:

    Withdrawal of Proof of Claim #1 (Dkt. #36)

**You are further notified** that failure to file a Certificate on or before December 8, 2025 may result in the setting of a show cause hearing to determine why the above-referenced document should not be stricken or dismissed.

**Dated:** November 24, 2025                    **Danny L. Miller, Clerk of Court**
                                                                Thad Cochran U. S. Courthouse
                                                                501 E. Court St. Ste. 2.300
                                                                Jackson, MS 39201
                                                                 601-608-4600