# United States Bankruptcy Court

## Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00982 JAW |
| Janisia L Kimbrough | Chapter 13 |

### Certificate of Service

I, Jeanine Peterson, do hereby certify that I have, on November 21, 2025, filed the attached Withdrawal of Claim and have caused the following parties to be served electronically via ECF:

Torri Parker Martin

tpm@tpmartinch13.com, trusteeMSSB2H@ecf.epiqsystems.com

Thomas Carl Rollins, Jr on behalf of Debtor Janisia Lanice Kimbrough
trollins@therollinsfirm.com,

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileeb

John S. Simpson on behalf of Creditor Hope Federal Credit Union
jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Parties provided via First Class U.S. Mail:

None

/S/ Jeanine Peterson

Jeanine Peterson

Dated this the 25th day of November 2025.



November 21, 2025

US Bankruptcy Court
Southern District of Mississippi
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

RE:   Janisia L Kimbrough
        Case #  25-00982
        Claim # 1

Dear Sir or Madam:

On April 17, 2025, Proof of Claim # 1 was filed in the amount of $39,189.41.  Please accept this letter as a formal request to withdraw Proof of Claim # 1.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI  53708-8961
Phone: 800-874-8982
Email:  GA-Bankmail@AscendiumEducation.org



Ascendium Education Solutions, Inc.
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org